# ELECTRONIC RECORD

1235-14

COA # 07-14-00054-CR                OFFENSE: 1.01

STYLE: Amber Rodgers v. The State of Texas                COUNTY: Denton

COA DISPOSITION:     AFFIRMED                TRIAL COURT: County Criminal Court No. 5

DATE: 07/22/2014            Publish: NO    TC CASE #:    CR-2013-02785-B

## IN THE COURT OF CRIMINAL APPEALS

STYLE:    Amber Rodgers v. The State of Texas        CCA #:    1235-14

_APPELLANT'S_ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_REFUSED_                JUDGE: _____

DATE: _02/11/2015_                SIGNED: _____        PC: _____

JUDGE: _Per Curiam_            PUBLISH: _____        DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**